

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2020

No. 04-20-00438-CV

**IN RE** Luis and Olga **ORTIZ** and J.E.N., a minor child,

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-099-CIV
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Respondent's Motion for Extension of Time to File Response is GRANTED. The response is due October 9, 2020.

It is so **ORDERED** on October 6, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court